## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GARY LEE HONEYCUTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-13-260-JHP-KEW** |
| | ) | |
| **ROBIN ADAIR and ROGER HILFIGER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## OPINION AND ORDER

In an Opinion and Order filed on August 9, 2013 (Dkt. # 8), the Court advised Plaintiff that his complaint failed to state a claim upon which relief may be granted. He was given thirty (30) days to file an amended complaint to cure the deficiencies and to submit a summons and USM-285 Marshal service form for each named defendant. To date, Plaintiff has failed to cure the deficiencies previously identified and he has not submitted any summons or USM-285 Marshal forms for any named defendant. Thus, the plaintiff has failed to prosecute this action. Therefore, this action is hereby dismissed without prejudice.

It is so ordered on this  17th  day of October, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma